Attachment 4 - Motion to Proceed *in Forma Pauperis*

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# FILED

## UNITED STATES DISTRICT COURT

for the

__western__ District of __Texas__

SEP 1 9 2018

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                                    DEPUTY

__Ruben Briseno Aguilar__ )
            Plaintiff          )
                               )
        v.                     )
__Chris Combs  et al.__ )    Civil Action No.
            Defendant          )

## SA18CA0975 OG

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: NOT Working at this Time

My take-home pay or wages are:  $ _____ per *(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☒ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☒ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

See Attached

Rev. Ed. April 21, 2009

ATTACHEMENT 4  MOTION To Proceed IN FORMA Pauperis    page-3,

answer to question 3. INCOME For past 12 moNths

I have held many Jobs, My work history has been Sporadic, but my earnings I believe did Not exceed #15,000.⁰⁰ aNd I have many bills. However, I am listing Sources of income primarily Jobs

| | | | |
|---|---|---|---|
| Oct - Dec 2017 | | BMP paint, Fbrg. Tx. | $6,000.⁰⁰ |
| 2018 | Feb - March | C&D Floor Tile Kerrville Tx. | $1,000.⁰⁰ |
| " | March | PAT SMITH CONSt. Fbrg. Tx. | $535.⁰⁰ |
| " | April | JAT coNstruction Kerrville Tx. | $1,200.⁰⁰ |
| " | MAy | Blackwater PAINt, Fbrg. Tx. | $238.⁰⁰ |
| " | MAy - JuNe | David Lehman pAinting Kerrville Tx. | $5,735.⁰⁰ |
| " | July | BlackWater PAinting Fbrg., Tx | $800.⁰⁰ |
| " | August | ElegAnt Homes Kerrville, Tx | $590.⁰⁰ |

IN the future I do NoT KNow what my prospects are or what my earnings will be coNsidering my situation IN my Complain but daily I actively seek employment, I contact my Texas WorkForce CommissioN, NewspApers, Stop At Job Sites but I am NOT working Now.

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:    $ 0.⁰⁰ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

Truck 2007 Ford F150, making payments
House, efficiency, in trust

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

Truck $385.⁰⁰ monthly
Insurance $131.⁰⁰ monthly
Electricity $60.⁰⁰ monthly
Propane $40.⁰⁰ monthly
Cell phone $120.⁰⁰ monthly
Internet $43.⁰⁰ monthly
Cable $78.⁰⁰ monthly
Court Costs Kerr County 27.⁰⁰ monthly
   "    Travis County 10.⁰⁰ monthly
Social Security Overpay      25.⁰⁰ monthly
Security Finance loan Co.  123.⁰⁰ monthly
groceries                        300.⁰⁰ monthly
Fuel auto                        200.⁰⁰ monthly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

#6.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  9-17-18

Ruben B. Aguilar
Applicant's signature

Ruben B. Aguilar
Printed name